

**ORDERED in the Southern District of Florida on March 26, 2026.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Manuel Andino

               Debtor            /

Case No.: 26-12527-RAM
Chapter 13

### ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME

THIS CAUSE having come on to be considered upon the Debtor's *Ex Parte* Motion for Extension of Time to File **Payment Advices** [ECF#18] ("Motion") and good cause appearing for the Motion, it is hereby

ORDERED:

1. The Motion is GRANTED.

2. The Debtor has through and including **April 10, 2026,** to file the **Payment Advices**

3. FOR SECOND EXTENSIONS: Absent extraordinary circumstances, no further extensions will be granted.

###

Respectfully Submitted By: Jose A. Blanco, Esq., Attorney for Debtor(s), **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel. (305) 349-3463

*Jose A. Blanco, Esq. is directed to serve copies of this Order on the parties listed and file a Certificate of Service with the Clerk of the Court.*