UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Manuel Andino                             Case No.: 26-12527-RAM
                                               Chapter 13

                  Debtor                    /

## EX PARTE THIRD MOTION FOR EXTENSION OF TIME TO FILE PAYMENT ADVICES

COMES NOW, the Debtor, Manuel Andino, by and through the undersigned counsel, pursuant to Local Rule 1007-1(B) and 9013-1(C)(2), and respectfully requests this Court enter and order extending the deadline to file **Payment Advices** and as grounds therefore states:

1. On February 27, 2026, the Debtor, filed a Voluntary Chapter 13 Bankruptcy Petition.

2. The §341 Meeting of Creditors has been scheduled for April 17, 2026.

3. All Filing Deficiencies are due on April 10, 2026.

4. The Debtor has not yet provided all documents to complete his Filing Deficiencies.

5. Accordingly, counsel would like to request additional time until April 24, 2026, to get the information and documentation necessary to properly prepare the Payment Advices, pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.

6. The scheduled §341 Meeting of Creditors is on April 17, 2026.

7. The undersigned counsel has a Motion to Withdraw as Attorney of Record set for April 21, 2026.

WHEREFORE, Debtor respectfully requests that this Honorable Court grant an extension of fourteen (14) days, until April 24, 2026, to file all the required documents.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was furnished by CM/ECF to Nancy K. Neidich, PO Box 279806, Hollywood, FL 33027, and by U.S. Mail to the Debtor and all parties, on April 9, 2026.

I HEREBY CERTIFY that I am admitted to this United States Bankruptcy Court and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted:  
April 9, 2026

**Jose A. Blanco, P.A.**  
By: */s/ Jose A. Blanco* | FBN: 062449  
Attorney for Debtor(s)  
102 E 49th ST  
Hialeah, FL 33013,  
Tel. (305) 349-3463  
E-mail: jose@blancopa.com