UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Manuel Andino                                    Case No.: 26-12527-RAM
                                                           Chapter 13

_____Debtor_____/

## ORDER GRANTING *EX PARTE* THIRD MOTION FOR EXTENSION OF TIME

THIS CAUSE having come on to be considered upon the Debtor's *Ex Parte* Third Motion for Extension of Time to File **Payment Advices** [ECF#25] ("Motion") and good cause appearing for the Motion, it is hereby

ORDERED:

1. The Motion is GRANTED.

2. The Debtor has through and including **April 24, 2026,** to file the **Payment Advices.**

3. Absent extraordinary circumstances, no further extensions will be granted.

###

Respectfully Submitted By: Jose A. Blanco, Esq., Attorney for Debtor(s), **JOSE A. BLANCO, P.A.,** 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463

*Jose A. Blanco, Esq. is directed to serve copies of this Order on the parties listed and file a Certificate of Service with the Clerk of the Court.*