

**ORDERED in the Southern District of Florida on April 22, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Manuel Andino

Case No.: 26-12527-RAM
Chapter 13

_____ Debtor _____/

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**THIS MATTER** having come to be heard on the Chapter 13 consent calendar on April 21, 2026, upon hearing on Debtor's Counsel's Motion to Withdraw as Attorney of Record [ECF#19], IT IS;

**ORDERED AND ADJUDGED:**

1.    Debtor's Counsel's Motion to Withdraw as Attorney of Record is GRANTED.

2.    Jose A. Blanco, Esq. is hereby relieved of further responsibility in this case.

3.    All future correspondence regarding this case is to be served on Debtor at the last known address at:

**Manuel Andino**
**3109 NW 65th St.**
**Miami, FL 33147**

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.