UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Manuel Andino                                    Case No.: 26-12527-RAM
                                                          Chapter 13

_____Debtor(s)_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the **Order Granting**

**Motion To Withdraw As Attorney** was sent to all parties on the attached service list on

April 24, 2026.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Manuel Andino
3109 NW 65th St.
Miami, FL 33147

All Creditors on the Matrix

Respectfully submitted:          **Jose A. Blanco, P.A.**
April 24, 2026                    By: */s/ Jose A. Blanco* | FBN: 062449
                                 Attorney for Debtor(s)
                                 102 E 49th ST
                                 Hialeah, FL 33013,
                                 Tel. (305) 349-3463
                                 E-mail: jose@blancopa.com